| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** <br> **MIDDLE DISTRICT OF ALABAMA** | **DATE:** 3/2/07 <br> **DIGITAL RECORDING:** 1:38 - 1:45 |

- √ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- ☐ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** WALLACE CAPEL, JR.   **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 2:07mj25-WC   **DEFT. NAME:** ALFREDO GUERRA-GUERRA

**USA:** Clark Morris   **ATTY:** Donnie Bethel (IA ONLY) / Paul Cooper Appointed

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

**USPTSO/USPO:** _____

Defendant √ does ___ does NOT need an interpreter; NAME Beverly Childress

---

- √ Kars.   Date of Arrest **3/2/07**   or   ☐ karsr40
- √ kia.   Deft. First Appearance. Advised of rights/charges.   ☐ Pro/Sup Rel Violator
- √ Finaff.   Financial Affidavit executed ☐ to be obtained by PTS;  ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted   **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- √ 20appt.   Panel Attorney Appointed;  √ to be appointed - prepare voucher
- ☐   Deft. Advises he will retain counsel. Has retained _____
- ☐   Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ☐   Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐   **DETENTION HRG** ☐ held; ☐ set for _____ ; √ **Prelim. Hrg** √ Set for **3/6/07 @ 9:30 a.m.**
- ☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.   Release order entered.  ☐ Deft. advised of conditions of release.
- ☐ kbnd.   ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
-   ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.   Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.   Waiver of ☐ Preliminary hearing;  ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐   Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☐ Karr.   **ARRAIGNMENT** SET FOR: _____  ☐ **HELD**. Plea of **NOT GUILTY** entered.
    ☐ Trial Term _____ ;   ☐ **PRETRIAL CONFERENCE DATE:** _____
    ☐ **DISCOVERY DISCLOSURES DATE:** _____
- ☐ Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- ☐ Kwvspt   **Waiver of Speedy Trial Act Rights Executed.**