```
              IN THE UNITED STATES DISTRICT COURT FOR
                 THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case NO.2:07mj25-WC |
| Alfredo Guerra-Guerra, | * | |
|     Defendant. | * | |

### NOTICE OF APPEARANCE OF COUNSEL

Comes now Paul R. Cooper and hereby gives notice of his appearance as counsel for Defendant Alfredo Guerra-Guerra.

```
                         S/Paul R. Cooper
                         Paul R. Cooper
                         COOPER & COOPER
                         12 Scott Street
                         Montgomery, AL 36104
                         Phone: (334)262-4887
                         Fax:   (334)262-4880
                         E-mail: prc@cooperandcooperlaw.com
                         ASB-1152-R78P
```

### CERTIFICATE OF SERVICE

I hereby certify that on the March 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF

system which will send notification of such filing to the following: Clark Morris, Assistant United States Attorney, and I hereby certify that I have mailed by United States Postal Service, or delivered by other means, the documentation to the following non-CM/ECF participants:  Howard Greenberg .

          Respectfully Submitted,

          S/Paul R. Cooper
          Paul R. Cooper
          COOPER & COOPER
          12 Scott Street
          Montgomery, AL 36104
          Phone: (334)262-4887
          Fax:  (334)262-4880
          E-mail: prc@cooperandcooperlaw.com
          ASB-1152-R78P