FILED
APR _ 4 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07-CR-67-WHA |
| ) | [8 U.S.C. § 1326(a); |
| ) | 8 U.S.C. § 1326(b)(2)] |
| ALFREDO GUERRA-GUERRA ) | |
| a/k/a ALFREDO NUNEZ-GUERRA ) | |
| a/k/a CARLOS LOPEZ-CONTRERAS ) | |
| a/k/a ALFREDO CONTRERAS-GUERRA ) | **INDICTMENT** |
| a/k/a MARVIN NUNEZ ) | |

The Grand Jury charges:

## COUNT 1

On or about the 28th day of February, 2007, in Montgomery County, Alabama, in the Middle District of Alabama,

ALFREDO GUERRA-GUERRA,

defendant herein, being an alien, did knowingly re-enter and was found in the United States after having been deported and whose removal was subsequent to a conviction for commission of an aggravated felony, to wit: Possession with Intent to Distribute Cocaine in Dekalb County, Georgia, without obtaining the permission of the Secretary of Homeland Security or the Attorney General of the United States, in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(2).

A TRUE BILL:

*(signature)*
Foreperson

*(signature)*
LEURA G. CANARY
UNITED STATES ATTORNEY

*(signature)*
J.B. Perrine
Assistant United States Attorney