IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) ) ) Cr. No. 2:07cr67-WHA |
| ALFREDO GUERRA-GUERRA | ) ) |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for April 18, 2007 in the above-styled case.

You are DIRECTED to produce the following named prisoner: ALFREDO GUERRA-GUERRA before the United States District Court at 4B Courtroom, on the 18th day of April, 2007, at 10:30 a.m.

DONE, this the 6th day of April, 2007.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By: _[signature]_
Deputy Clerk