```
            IN THE UNITED STATES DISTRICT COURT OF
                 MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION

UNITED STATES OF AMERICA,      *
     PLAINTIFF,                *
                               *
vs.                            *      CASE NO. 2:07cr67-WHA
                               *
ALFREDO GUERRA-GUERRA,         *
     DEFENDANT.                *
```

**NOTICE OF INTENT TO FILE PLEA**

COMES NOW ALFREDO GUERRA-GUERRA, by his counsel, Paul R. Cooper, and hereby gives notice of intent to file a plea of guilty.

```
                          S/Paul R. Cooper
                          Paul R. Cooper
                          COOPER & COOPER
                          12 Scott Street
                          Montgomery, AL 36104
                          Phone: (334)262-4887
                          Fax:   (334)262-4880
                          E-mail: prc@cooperandcooperlaw.com
                          ASB-1152-R78P
```

**CERTIFICATE OF SERVICE**

I hereby certify that on the May 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: J.B. Perrine, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, AL 36104 and I hereby certify

that I have mailed by United States Postal Service the documentation to the following non-CM/ECF participants: none.

                                              Respectfully Submitted,

                                              S/Paul R. Cooper
                                              Paul R. Cooper
                                              COOPER & COOPER
                                              12 Scott Street
                                              Montgomery, AL 36104
                                              Phone: (334)262-4887
                                              Fax:   (334)262-4880
                                              E-mail: prc@cooperandcooperlaw.com
                                              ASB-1152-R78P