IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 2:07CR67-WHA |
| ) | |
| ALFREDO GUERRA-GUERRA ) | |

**ORDER**

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #22) filed on May 14, 2007, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for **May 23, 2007**, at **9:00 a.m.,** in **courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide an interpreter and a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 15th day of May, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE