IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-CR-67-WHA |
| | ) | |
| | ) | |
| ALFREDO GUERRA-GUERRA | ) | |
| a/k/a ALFREDO NUNEZ-GUERRA | ) | |
| a/k/a CARLOS LOPEZ-CONTRERAS | ) | |
| a/k/a ALFREDO CONTRERAS-GUERRA | ) | |
| a/k/a MARVIN NUNEZ | ) | |

**UNITED STATES' MOTION FOR DOWNWARD DEPARTURE
FOR ACCEPTANCE OF RESPONSIBILITY**

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court to reduce by one (1) level Defendant's offense level based on Defendant's acceptance of responsibility. As grounds for this Motion, the United States avers as follows:

1. On April 4, 2007, a one-count indictment was filed in this Court charging Defendant with a violation of 8 U.S.C. §§ 1326(a) & 1326(b)(2).

2. Defendant notified the United States of Defendant's intent to plead guilty to Count 1 sufficiently early to permit the government to avoid preparing for trial and to allocate its resources efficiently. Defendant pled guilty to Count 1 on or about May 23, 2007.

3. Therefore, pursuant to advisory United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in Defendant's offense level for acceptance of responsibility such that the total reduction in offense level for Defendant's acceptance of responsibility shall be

    three (3) levels.

WHEREFORE, the United States respectfully requests that this Motion be granted.

Respectfully submitted this the 13th day of August, 2007.

                                        LEURA GARRETT CANARY
                                        UNITED STATES ATTORNEY

                                        s/J.B. Perrine
                                        J.B. PERRINE
                                        Assistant United States Attorney
                                        One Court Square, Suite 201
                                        Montgomery, AL 36104
                                        Phone: (334) 223-7280
                                        Fax: (334) 223-7135
                                        E-mail: jb.perrine@usdoj.gov
                                        ASB 9077 E31J

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-CR-67-WHA |
| | ) | |
| | ) | |
| **ALFREDO GUERRA-GUERRA** | ) | |
| a/k/a **ALFREDO NUNEZ-GUERRA** | ) | |
| a/k/a **CARLOS LOPEZ-CONTRERAS** | ) | |
| a/k/a **ALFREDO CONTRERAS-GUERRA** | ) | |
| a/k/a **MARVIN NUNEZ** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

Respectfully submitted,

s/J.B. Perrine
J.B. PERRINE
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: jb.perrine@usdoj.gov
ASB-9077-E31J

-3-