IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-67-WHA |
| | ) | |
| ALFREDO GUERRA-GUERRA | ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Christa D. Deegan, and enters her notice of appearance on behalf of the United States, in the above-styled cause for sentencing proceedings only.

Respectfully submitted this the 14th day of August, 2007.

                                          LEURA G. CANARY
                                        UNITED STATES ATTORNEY

                                        /s/Christa D. Deegan
                                        CHRISTA D. DEEGAN
                                        Assistant United States Attorney
                                        131 Clayton Street
                                        Montgomery, AL 36104-3429
                                        Phone: (334)223-7280
                                        Fax: (334)223-7138
                                        E-mail: christa.d.deegan@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-67-WHA |
| | ) | |
| ALFREDO GUERRA-GUERRA | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Paul Cooper, Esquire.

Respectfully submitted,

/s/Christa D. Deegan
CHRISTA D. DEEGAN
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104-3429
Phone: (334)223-7280
Fax: (334)223-7138
E-mail: christa.d.deegan@usdoj.gov